IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KARL BUCKMAN,

Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

Defendants.

Case No. 21-cv-521 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:  9/12/2022**                **MONICA A. STUMP, Clerk of Court**

                                **s/Tina Gray, Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**